JAMES A. GOODRICH, as Assignee, etc., Respondent, *v.* SETH L. CLUTE, Appellant.

(Argued October 16, 1889; decided November 1, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made December 8, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*John W. Boothby* for appellant.

*Alonzo P. Strong* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.